1  McGREGOR W. SCOTT
   United States Attorney
2  AMANDA BECK
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**

AUG 1 4 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10 IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |
| 13 THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (209) 420-4511 | 2:18-SW-0137 DB |
| 14 THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (209) 420-4511 | 2:18-SW-0413 CKD |
| 16 8755 DEER CREEK CIRCLE, STOCKTON, CALIFORNIA, 95210 | 2:18-SW-0421 AC |
| 17 973 Green Ridge Drive, Stockton, California, 95209 | 2:18-SW-0422 AC |
| 19 4030 East Morada Lane, #2206, Stockton, California, 95212 | 2:18-SW-0423 AC |
| 21 Orange Chevrolet Monte Carlo previously driven by Christian Orozco | 2:18-SW-0424 AC |

23      Upon application of the United States of America and good cause having been shown,

24      IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby

25  ordered unsealed.

26  Dated:  8-14-2018                    _____
                                         The Honorable Edmund F. Brennan
27                                       UNITED STATES MAGISTRATE JUDGE
28

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS